Your Name: _____

Address:   _____

           _____

Phone:     _____

Defendant-Debtor: _____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 04-00341-001 |
| | ) | |
| Plaintiff, | ) | REQUEST FOR HEARING FORM |
| | ) | |
| v. | ) | |
| | ) | |
| QUANITA STATEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ATWOOD VACATIONS, | ) | |
| | ) | |
| Garnishee. | ) | |

<u>REQUEST FOR HEARING FORM</u>

[ ] I request that the Court hold a hearing in the matter.

[ ] I think that the property the Government is taking is exempt. See the attached CLAIM FOR EXEMPTION FORM.

Dated: _____   Signature: _____