IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 04-00341-001 |
| | ) | |
| Plaintiff, | ) | ANSWER OF THE |
| | ) | GARNISHEE FORM |
| v. | ) | |
| | ) | |
| QUANITA STATEN, | ) | |
| | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | |
| ATWOOD VACATIONS, | ) | |
| | ) | |
| Garnishee. | ) | |

_____ )

ANSWER OF THE GARNISHEE FORM

I, _____, state that:

I am the (State Official Title) _____ of

Garnishee, _____ a corporation, organized under the

laws of the State of _____.

On _____, 2007, Garnishee was served with

the Writ of Continuing Garnishment.  For the pay period in effect

on the date of service (shown above):

1.  The Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. ___ Yes. ___ No.

2.  The Debtor's pay period is _____ weekly, _____ bi-weekly _____ semi-monthly, _____ monthly.  Enter the date the present pay period began.  ("Present" means the pay period in which the order and notice of garnishment were served) _____
    Enter the date the above pay period ends. _____

3.   The amount of the Debtor's net wages are:

(a) Gross Pay                    $_____
(b) Federal income tax           $_____
(c) F.I.C.A. income tax          $_____
(d) State income tax             $_____
Total of tax withholdings        $_____
Net Wages                        $_____
(a less total of b,c,d)

4.   Have there been previous garnishments in effect?.
     ___ Yes. ___ No.  If the answer is "yes," describe
     below:
     _____
     _____
     _____

5.   The Garnishee has custody, control or possession
     of the following property (non-earnings), in which
     the Debtor maintains an interest, as described
     below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

6.   The Garnishee anticipates owing to the Debtor in
     the future, the following amounts:

| Amount | Estimate Date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Complete items 7-9 below if applicable)

7.   The Garnishee makes the following claim of
     exemption on the part of the Debtor:
     _____
     _____
     _____

2

8.    The Garnishee makes the following objections,
      defenses, or set-offs to the United States' right
      to apply the Garnishee's indebtedness to the
      Debtor upon the United States' claim:

      _____
      _____
      _____
      _____

9.    The Garnishee was not and is not indebted or under
      liability to the Debtor, and the Garnishee did not
      or does not have in his/her possession or control
      any property belonging to the Debtor, or in which
      the Debtor has an interest; and is not liable as
      Garnishee in the action for the following
      reason(s):

      _____
      _____
      _____
      _____
      _____

     The Garnishee delivered or mailed the <u>original</u> of the
Answer by first class mail to the Clerk of the United States
District Court, Room C-338, United States Courthouse, 300 Ala
Moana Blvd., Honolulu, Hawaii 96850.

     The Garnishee delivered or mailed a <u>copy</u> of the Answer
by first class mail to the Debtor, QUANITA STATEN at P.O. Box
584, Edisto Island, SC  29438.

     The Garnishee delivered or mailed a <u>copy</u> of the Answer
by first class mail to the United States Attorney, Attn: EDRIC M.
CHING, Assistant United States Attorney, Financial Litigation
Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Boulevard,
Honolulu, Hawaii 96850.

     I declare under penalty of perjury that the foregoing
is true and correct.

     Executed on _____

                              _____
                                        Garnishee

3