IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>QUANITA STATEN,<br><br>    Defendant,<br><br>ATWOOD VACATIONS,<br><br>    Garnishee. | Cr. No. 04-00341-001<br><br>ANSWER OF THE<br>GARNISHEE FORM |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 21 2007

at 2 o'clock and 50 min. P M
SUE BEITIA, CLERK

ANSWER OF THE GARNISHEE FORM

I, **Jim Abercrombie**, state that:

I am the (State Official Title) **Operations Manager** of Garnishee, **Atwood Vacations**, a corporation, organized under the laws of the State of **South Carolina**.

On **February 7th**, 2007, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above):

1. The Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. ✓ Yes. ___ No.

2. The Debtor's pay period is ✓ weekly, ___ bi-weekly ___ semi-monthly, ___ monthly. Enter the date the present pay period began. ("Present" means the pay period in which the order and notice of garnishment were served) **2/5/07**
Enter the date the above pay period ends. **2/11/07**

ORIGINAL

3. The amount of the Debtor's net wages are:

(a) Gross Pay                      $ **400.00**
(b) Federal income tax             $ **<11.00>**
(c) F.I.C.A. income tax            $ **<27.22>** → (Social Sec. 22.06 / Medicare 5.16)
(d) State income tax               $ **<7.40>**
Total of tax withholdings          $ **<45.62>**
Net Wages                          $ **354.38**
(a less total of b,c,d)

4. Have there been previous garnishments in effect?.
___ Yes. **✓** No.  If the answer is "yes," describe below:
_____
_____
_____

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below: **N/A**

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

6. The Garnishee anticipates owing to the Debtor in the future, the following amounts: **N/A other than wages earned.**

| Amount | Estimate Date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Complete items 7-9 below if applicable)

7. The Garnishee makes the following claim of exemption on the part of the Debtor:
_____
_____
_____

2

8. The Garnishee makes the following objections, defenses, or set-offs to the United States' right to apply the Garnishee's indebtedness to the Debtor upon the United States' claim:

_____
_____
_____
_____

9. The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Debtor has an interest; and is not liable as Garnishee in the action for the following reason(s):

_____
_____
_____
_____
_____

The Garnishee delivered or mailed the <u>original</u> of the Answer by first class mail to the Clerk of the United States District Court, Room C-338, United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii 96850.

The Garnishee delivered or mailed a <u>copy</u> of the Answer by first class mail to the Debtor, QUANITA STATEN at P.O. Box 584, Edisto Island, SC 29438.

The Garnishee delivered or mailed a <u>copy</u> of the Answer by first class mail to the United States Attorney, Attn: EDRIC M. CHING, Assistant United States Attorney, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on *February 13th, 2007*

_____  *for Atwood*
Garnishee                   *Vacations*

3