IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 04-00341-001 |
| | ) | |
| Plaintiff, | ) | ANSWER OF THE |
| | ) | GARNISHEE FORM |
| v. | ) | |
| | ) | |
| QUANITA STATEN, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| ATWOOD VACATIONS, | ) | |
| | ) | |
| Garnishee. | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 26 2007

at 11 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

## ANSWER OF THE GARNISHEE FORM

I, Jim Abercrombie, state that:

I am the (State Official Title) Operations Manager of Garnishee, Atwood Vacations a corporation, organized under the laws of the State of South Carolina.

On February 7th, 2007, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above):

1. The Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. ✓ Yes. ___ No.

2. The Debtor's pay period is ✓ weekly, ___ bi-weekly ___ semi-monthly, ___ monthly. Enter the date the present pay period began. ("Present" means the pay period in which the order and notice of garnishment were served) 2/5/07
Enter the date the above pay period ends. 2/11/07

3. The amount of the Debtor's net wages are:

(a) Gross Pay                          $ 400.00
(b) Federal income tax                 $ <11.00>
(c) F.I.C.A. income tax                $ <27.22>  → (Social Sec 22.06)
(d) State income tax                   $ <7.40>     (Medicare 5.16)
Total of tax withholdings              $ <45.62>
Net Wages                              $ 354.38
(a less total of b,c,d)

4. Have there been previous garnishments in effect?.
   ___ Yes.  ✓ No.  If the answer is "yes," describe below:
   _____
   _____
   _____

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below: N/A

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

6. The Garnishee anticipates owing to the Debtor in the future, the following amounts: N/A other than wages earned

| Amount | Estimate Date or Period Due |
|---|---|
| 1. $ | |
| 2. $ | |
| 3. $ | |
| 4. $ | |

(Complete items 7-9 below if applicable)

7. The Garnishee makes the following claim of exemption on the part of the Debtor:
   _____
   _____
   _____

2

8.  The Garnishee makes the following objections, defenses, or set-offs to the United States' right to apply the Garnishee's indebtedness to the Debtor upon the United States' claim:

    _____
    _____
    _____
    _____

9.  The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Debtor has an interest; and is not liable as Garnishee in the action for the following reason(s):

    _____
    _____
    _____
    _____
    _____

The Garnishee delivered or mailed the original of the Answer by first class mail to the Clerk of the United States District Court, Room C-338, United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii 96850. *Mailed 2/14/07*

The Garnishee delivered or mailed a copy of the Answer by first class mail to the Debtor, QUANITA STATEN at P.O. Box 584, Edisto Island, SC 29438. *By hand 2/14/07*

The Garnishee delivered or mailed a copy of the Answer by first class mail to the United States Attorney, Attn: EDRIC M. CHING, Assistant United States Attorney, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850. *Mailed 2/14/07 JA*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13th, 2007

_____ for Atwood
Garnishee     Jaca Flores

3