EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING   6697
Assistant U.S. Attorney
ATTN:  Financial Litigation Unit
Rm. 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850-6100
Telephone:  (808) 541-2850
Fax:        (808) 541-2958
Email: Edric.Ching@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 04-00341-001 HG |
| | ) | |
| Plaintiff, | ) | GARNISHEE ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| QUANITA STATEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| | ) | |
| ATWOOD VACATIONS, | ) | |
| | ) | |
| Garnishee. | ) | |
| _____ | ) | |

GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on February 21, 2007, stating that at the time of the service of the Writ it had in its custody, control or possession, property in which the Defendant-Judgment Debtor has a

substantial nonexempt interest, to wit:  nonexempt earnings belonging to and due Debtor QUANITA STATEN (hereinafter referred to as "Debtor").

Nonexempt earnings are defined as 25 percent of the Debtor's disposable earnings per pay period, calculated by deducting from gross wages the following required withholdings: federal income taxes, social security and medicare taxes, state income taxes, state disability insurance, and required payments to a public employee retirement system.  The Debtor is entitled to receive, free from garnishment, minimum net wages of $154.50 per week.

On or about February 13, 2007, Debtor was served via certified mail with the Application for Writ of Continuing Garnishment, Writ of Continuing Garnishment, Instructions to the Garnishee, Answer of the Garnishee Form, Clerk's Notice of Post-Judgment Garnishment and Instructions to Defendant Judgment Debtor, Request for Hearing Form, Notice to Defendant-Judgment Debtor on how to Claim Exemptions, and Claim for Exemption Form and Debtor did not request a hearing within the time allowed by 28 U.S.C. § 3202(d).

On or about February 14, 2007, Debtor received the Answer of the Garnishee Form and Debtor did not request a hearing within the time allowed by 28 U.S.C. §3205(c)(5).

IT IS ORDERED that Garnishee pay the sum of 25 percent of the Debtor's nonexempt earnings, each pay period to Plaintiff and continue said payments until the debt to the Plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any nonexempt earnings belonging to the Debtor or until further Order of the Court.

IT IS FURTHER ORDERED that the Garnishee make the checks payable to the <u>CLERK, U.S. DISTRICT COURT</u> and mail the checks to the following address:

    Clerk, U.S. District Court
    Room C-338, U.S. Courthouse
    300 Ala Moana Boulevard
    Honolulu, HI 96850

DATED: March 18, 2007, at Honolulu, Hawaii.



        /S/ Helen Gillmor
Helen Gillmor
Chief United States District Judge

USA vs. QUANITA STATEN
Cr. No. 04-00341-001 HG
GARNISHEE ORDER